IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| Joshua Blair, individually and on behalf of all others similarly situated,<br>  Plaintiff,<br><br>  v.<br><br>Receivables Management Partners, LLC, d/b/a RMP, LLC a Delaware limited liability company,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:21-cv-00930-TWP-TAB |

> **Acknowledged**
> TWP
> November 17, 2021

## STIPULATION OF DISMISSAL

The parties, having reached a settlement of Plaintiff's individual claims with the Defendant, hereby stipulate to the dismissal of his individual claims with prejudice, and dismissal of the claims of the putative class members without prejudice, each party to bear their own attorneys' fees and costs.

Dated: November 16, 2021

One of Plaintiff's Attorneys

/s/ David J. Philipps
David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60457

One of Defendant's Attorneys

/s/ Andrew M. Schwartz w-permission
Andrew M. Schwartz
Gordon Rees Scully Mansukhani, LLP
Three Logan Square
1717 Arch Street, Suite 610
Philadelphia, Pennsylvania 19103

The foregoing stipulation is hereby approved and Plaintiff's individual claims are hereby dismissed with prejudice and those of the putative class members are dismissed without prejudice, each party to bear their own attorneys' fees and costs.

Dated: _____, 2021

ENTERED:

_____
Judge, United States District Court

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 16, 2021, a copy of the foregoing **Stipulation of Dismissal** was filed electronically**.**  Notice of this filing will be sent to the following party by operation of the Court's electronic filing system.

| | |
|---|---|
| Andrew M. Schwartz<br>Gordon Rees Scully Mansukhani, LLP<br>Three Logan Square<br>1717 Arch Street<br>Suite 610<br>Philadelphia, Pennsylvania 19103 | amschwartz@grsm.com |
| Brittney B. Rykovich<br>Gordon Rees Scully Mansukhani, LLP<br>333 North Alabama Street<br>Suite 350<br>Indianapolis, Indiana 46204 | brykovich@grsm.com |
| John T. Steinkamp<br>John T. Steinkamp & Associates<br>5214 S. East Street<br>Suite D1<br>Indianapolis, Indiana 46227 | john@johnsteinkampandassociates.com |

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com